IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:18-CR-52-DPJ-LGI

JAMIE ANIVAL HERNANDEZ

## MOTION FOR LEAVE OF COURT TO DISMISS
## THE INDICTMENT AND CASE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Mississippi, by and through his undersigned Assistant, hereby moves for Leave of Court to dismiss without prejudice the Indictment and case in Criminal No. 3:18-CR-52-DPJ-LGI against the defendant JAMIE ANIVAL HERNANDEZ, the defendant having pleaded guilty and having been sentenced to an information in Criminal No. 3:21-CR-58-DPJ-LGI.

Dated: September 30, 2021

Respectfully submitted,

DARREN J. LAMARCA
Acting United States Attorney

By:  s/Erin O. Chalk
ERIN O. CHALK
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone No.: 601.965.4480
Facsimile No.: 601.965.4409
Mississippi Bar No.: 101721

## Certificate of Service

I, Erin O. Chalk, do hereby certify that I have this day filed a copy of the foregoing Motion for Leave of Court to Dismiss the Indictment and Case by filing said document with the Court's electronic filing system ECF, which sent notification to parties of record.

Respectfully submitted on this the 30th day of September 2021.

*s/Erin O. Chalk*
Erin O. Chalk
Assistant United States Attorney